■ DONNA MASCELLINO et al., Respondents, v ROBERT M. CHICK, D.D.S., et al., Defendants, and SHAKEEL AHMAD, M.D., et al., Appellants. [992 NYS2d 918]—Appeal from an order of the Supreme Court, Erie County (Tracey A. Bannister, J.), entered October 17, 2013. The order denied the motion of defendants Shakeel Ahmad, M.D., Donald W. Hohman, Jr., M.D., Grant Sorkin, M.D., Octavia F. Balan, M.D., and Kaleida Health for summary judgment.

Now, upon reading and filing the stipulation of discontinuance signed by the attorneys for the parties on September 11, 2014,

It is hereby ordered that said appeal is unanimously dismissed without costs upon stipulation. Present—Smith, J.P., Fahey, Lindley, Whalen and DeJoseph, JJ.